# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

     **v.**         **Crim. No. 5:24-CR-288-1FL**

**HOSEA HARVEY**

  On August 21, 2024, the above named was released from prison and commenced a term of supervised release for a period of 4 years. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

        I declare under penalty of perjury that the foregoing is true and correct.


        /s/ Melissa K. Lunsmann
        Melissa K. Lunsmann
        Supervising U.S. Probation Officer
        310 New Bern Avenue, Room 610
        Raleigh, NC 27601-1441
        Phone: (919) 861-8672
        Executed On: March 11, 2026


## ORDER OF COURT

  Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

  Dated this _____30th_____ day of _____March_____, 2026.


            Louise W. Flanagan
            U.S. District Judge

*Best wishes Mr. Harvey going forward!*
*Judg Flanagan*